DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

SUTTON v. JEVIC TRANSPORTATION

No. 59P89.

Case below: 92 N.C. App. 245.

Petition by third party defendant (Rea Const. Co.) for discretionary review pursuant to G.S. 7A-31 denied 4 May 1989.

TOLARAM FIBERS, INC. v. TANDY CORP.

No. 126P89.

Case below: 92 N.C. App. 713.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 May 1989.

WALSH v. HOLZ

No. 120P89.

Case below: 92 N.C. App. 757.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 4 May 1989.